IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**WILLIAM TYLER WINTER**                                                   **PLAINTIFF**

V.                                                                               NO. 4:24-CV-87-DMB-JMV

**THE TOWN OF DUCK HILL,
MISSISSIPPI**                                                             **DEFENDANT**

## FINAL JUDGMENT

In accordance with the order issued this date, this case is dismissed with prejudice.

**SO ORDERED**, this 10th day of December, 2024.

                                                                  **/s/Debra M. Brown**
                                                                  **UNITED STATES DISTRICT JUDGE**